| | |
|---|---|
| 1 | NOAH G. BLECHMAN (State Bar No. 197167) |
| | noah.blechman@mcnamaralaw.com |
| 2 | JOHN J. SWAFFORD (State Bar No. 321174) |
| | John.Swafford@McNamaraLaw.com |
| 3 | McNAMARA, AMBACHER, WHEELER, |
| | HIRSIG & GRAY LLP |
| 4 | 3480 Buskirk Avenue, Suite 250 |
| | Pleasant Hill, CA 94523 |
| 5 | Telephone: (925) 939-5330 |
| | Facsimile:  (925) 939-0203 |

Attorneys for Defendant
Drake Wiest

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANA SANTOS and EDWARD CHAVEZ, | Case No. 2:22-cv-01856-DJC-AC |
| Plaintiffs, | **STIPULATION AND ORDER TO AMEND CASE SCHEDULE** |
| vs. | |
| DRAKE WIEST, in his individual capacity and in his official capacity as a police officer for CITY OF FAIRFIELD; and DOES 1-50, inclusive, individually and in their official capacities as peace officers for CITY OF FAIRFIELD, jointly and severally, | |
| Defendants. | |

All parties, by and through their counsel of record, submit this Stipulation and Proposed Order wherein they stipulate as set forth below and hereby move this Court to modify its Scheduling Order, entered on November 2, 2023 (ECF 14). The parties stipulate that good cause exists to amend the operative scheduling order as indicated below.

WHEREAS the depositions of the Plaintiffs have not been completed due to scheduling issues of counsel, pending trials of other matters along with depositions of witnesses. Those depositions are in the process of being scheduled. The discovery has been delayed due to the press of business by all counsel.

WHEREAS no party will be prejudiced by the proposed extension below, nor are any key

STIPULATION AND ORDER TO AMEND CASE
SCHEDULE C22-01856 DJC-AC

1  substantive dates of the Court affected, including no effect to the trial date.

2      WHEREAS the parties have met and conferred and have proposed amending the current Scheduling Order per the dates and deadlines listed below as they need more time for discovery.

    WHEREAS the parties propose the following new dates, subject to the Court's approval.

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| **Close of Fact Discovery** | **April 5, 2024** | **June 7, 2024** |
| **Expert Disclosures** | **April 19, 2024** | **June 14, 2024** |
| **Rebuttal Expert Disclosures** | **April 26, 2024** | **July 3, 2024** |
| **Expert Discovery Cut-Off** | **May 24, 2024** | **July 8, 2024** |
| **Last Day to File Dispositive and *Daubert* Motions** | **June 28, 2024** | **July 12, 2024** |
| Pretrial Conference | November 5, 2024 at 1:30 p.m. | UNCHANGED |
| Jury Trial | January 6, 2025 at 9:00 a.m. | UNCHANGED |

    WHEREAS good cause exists to amend the operative scheduling order to allow the parties adequate time to conduct discovery and prepare their cases and defenses.

**IT IS SO STIPULATED**

    The parties attest that concurrence in the filing of these documents had been obtained from each of the other signatories, which shall serve in lieu of their signatures on the document.

Dated: March 26, 2024      LAW OFFICES OF JUSTIN KIRK TABAYOYON

    By:   /s/ Justin Kirk Tabayoyon
        Justin Kirk Tabayoyon
        Attorneys for Plaintiffs
        Diana Santos and Edward Chavez

Dated: March 26, 2024      McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP

    By:   /s/ Noah G. Blechman
        Noah G. Blechman
        John J. Swafford
        Attorneys for Defendant
        Drake Wiest

# **ORDER**

Pursuant to the stipulation of the parties, and with good cause appearing therefore, IT IS HEREBY ORDERED that that the Scheduling Order in this case be modified as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| **Close of Fact Discovery** | **April 5, 2024** | **June 7, 2024** |
| **Expert Disclosures** | **April 19, 2024** | **June 14, 2024** |
| **Rebuttal Expert Disclosures** | **April 26, 2024** | **July 3, 2024** |
| **Expert Discovery Cut-Off** | **May 24, 2024** | **July 8, 2024** |
| **Last Day to File Dispositive and *Daubert* Motions** | **June 28, 2024** | **July 12, 2024** |
| Pretrial Conference | November 7, 2024 at 1:30 p.m. | UNCHANGED |
| Jury Trial | January 6, 2025 at 9:00 a.m. | UNCHANGED |

IT IS SO ORDERED

Dated:  March 27, 2024                    /s/ Daniel J. Calabretta
                                          THE HONORABLE DANIEL J. CALABRETTA
                                          UNITED STATES DISTRICT JUDGE