NOAH G. BLECHMAN (State Bar No. 197167)
noah.blechman@mcnamaralaw.com
JOHN J. SWAFFORD (State Bar No. 321174)
John.Swafford@McNamaraLaw.com
McNAMARA, AMBACHER, WHEELER,
HIRSIG & GRAY LLP
3480 Buskirk Avenue, Suite 250
Pleasant Hill, CA 94523
Telephone: (925) 939-5330
Facsimile: (925) 939-0203

Attorneys for Defendant
Drake Wiest

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANA SANTOS and EDWARD CHAVEZ,<br><br>Plaintiffs,<br><br>vs.<br><br>DRAKE WIEST, in his individual capacity and in his official capacity as a police officer for CITY OF FAIRFIELD; and DOES 1-50, inclusive, individually and in their official capacities as peace officers for CITY OF FAIRFIELD, jointly and severally,<br><br>Defendants. | Case No. 2:22-cv-01856 DJC-AC<br><br>**STIPULATION AND ORDER TO AMEND CASE SCHEDULE** |

All parties, by and through their counsel of record, submit this Stipulation and Proposed Order wherein they stipulate as set forth below hereby move this Court to modify its Scheduling Order, entered on March 28, 2024 (ECF 16). The parties stipulate that good cause exists to amend the operative scheduling order as indicated below.

WHEREAS Defendants discovered additional case materials for production to Plaintiffs, including numerous other body worn camera videos and other documentation. As such, in fairness, Defendants had to cancel Plaintiffs' depositions to afford Plaintiffs' counsel time to review and analyze the newly received production. As such, the depositions of the Plaintiffs will have to be reset, likely in the latter half of June. In light of this new production, the parties are requesting

brief extensions of the key deadlines in this case.

WHEREAS no party will be prejudiced by the proposed extension below, nor are any key substantive dates of the Court affected, including no effect to the trial date.

WHEREAS the parties have met and conferred and have proposed amending the current Scheduling Order per the dates and deadlines listed below as the parties need more time to complete discovery.

WHEREAS the parties propose the following new dates, subject to the Court's approval.

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Close of Fact Discovery | June 7, 2024 | **August 30, 2024** |
| Expert Disclosures | June 14, 2024 | **September 20, 2024** |
| Rebuttal Expert Disclosures | July 3, 2024 | **October 11, 2024** |
| Expert Discovery Cut-Off | July 8, 2024 | **November 8, 2024** |
| Last Day to File Dispositive and *Daubert* Motions | July 12, 2024 | **December 5, 2024** |
| Dispositive Motion Hearing | | **January 9, 2025 at 1:30 p.m.** |
| Pretrial Conference | November 5, 2024 at 1:30 p.m. | **April 10, 2025 at 1:30 P.M.** |
| Jury Trial | January 6, 2025 at 9:00 a.m. | **June 2, 2025 at 8:30 A.M.** |

WHEREAS good cause exists to amend the operative scheduling order to allow the parties adequate time to conduct discovery and prepare their cases and defenses.

**IT IS SO STIPULATED**

The parties attest that concurrence in the filing of these documents had been obtained from each of the other signatories, which shall serve in lieu of their signatures on the document.

Dated: June 5, 2024                LAW OFFICES OF JUSTIN KIRK TABAYOYON

By:   /s/ Justin Tabayoyon
Justin Kirk Tabayoyon
Attorneys for Plaintiffs,
Diana Santos and Edward Chavez

///

///

STIPULATION AND ORDER TO AMEND CASE SCHEDULE C22-01856 DJC-AC        2

Dated:  June 5, 2024                         MCNAMARA, AMBACHER, WHEELER,
                                             HIRSIG & GRAY LLP

                                             By:    /s/ Noah G. Blechman
                                                 Noah G. Blechman
                                                 John J. Swafford
                                                 Attorneys for Defendant
                                                 Drake Wiest

## ORDER

Pursuant to the stipulation of the parties, and with good cause appearing therefore, IT IS HEREBY ORDERED that the Scheduling Order in this case be modified as follows:

| Event | Amended Deadline |
|---|---|
| Close of Fact Discovery | August 30, 2024 |
| Expert Disclosures | September 20, 2024 |
| Rebuttal Expert Disclosures | October 11, 2024 |
| Expert Discovery Cut-Off | November 8, 2024 |
| Last Day to File Dispositive and *Daubert* Motions | December 5, 2024 |
| Dispositive Motion Hearing | January 9, 2025 at 1:30 P.M. |
| Pretrial Conference | April 10, 2025 at 1:30 P.M. |
| Jury Trial | June 2, 2025 at 8:30 A.M. |

IT IS SO ORDERED

Dated:  June 5, 2024                         /s/ Daniel J. Calabretta
                                             THE HONORABLE DANIEL J. CALABRETTA
                                             UNITED STATES DISTRICT JUDGE