1  JUSTIN KIRK TABAYOYON, S.B.N. 288957
   **LAW OFFICES OF JUSTIN KIRK TABAYOYON**
2  1401 21st Street, Suite 5242
   Sacramento, California 95811
3  Telephone: 707.726.6009
   justin@jktlawinc.com
4

5

   Attorneys for Plaintiffs
6

7

8

9                    **UNITED STATES DISTRICT COURT**

10                  **EASTERN DISTRICT OF CALIFORNIA**

11  In the matter of:

12                                              **Case No.: 2:22-cv-01856 DJC-AC**

13  DIANA SANTOS and EDWARD
    CHAVEZ**,**                                **STIPULATION AND ORDER**
14                                              **REQUESTING REFERRAL FOR A**
          Plaintiffs,                           **SETTLEMENT CONFERENCE**
15
    v.
16
    DRAKE WIEST, in his individual
17  capacity and in his official capacity as a
    police officer for CITY OF FAIRFIELD;
18  and DOES 1-50, inclusive, individually
    and in their official capacities as peace
19  officers for CITY OF FAIRFIELD, jointly
    and severally**,**
20
          Defendants.
21

22

23

24

25

                                    1

All parties, by and through their counsel of record, submit this stipulation and proposed order wherein they stipulate as set forth below and hereby move this Court for a referral for a Settlement Conference to be handled remotely via Zoom in December 2024. The parties stipulate that good cause exists to schedule a remote Settlement Conference as indicated below.

WHEREAS the parties have met and conferred that a Settlement Conference would be beneficial in this matter.

WHEREAS the parties wish to schedule a Settlement Conference to be held remotely via Zoom to facilitate resolution of the case while minimizing logistical challenges for all involved;

WHEREAS the parties have contacted the clerk of Magistrate Judge Carolyn K. Delaney and have determined that December 12, 2024 is available for the scheduling of a remote Settlement Conference in this matter, along with a Settlement Conference that same date in a similar type civil rights matter being handled by the same counsel and involving the same public entity, namely *Luna et al. v Brownridge et al.*, 2:22-cv-01833-SCR, with a similar type stipulation and proposed order to be filed in that matter. In other words, the parties, per Judge Delaney's approval already, plan to conduct two Settlement Conferences with her on that date in these two matters.

WHEREFORE, as good cause has been shown, the parties respectfully request that the Court issue an order referring this matter for a remote Settlement Conference via Zoom before Magistrate Judge Carolyn K. Delaney on December 12, 2024, at 9:30 AM.

2

IT IS SO STIPULATED:


DATED: 10/28/2024                          /s/ Justin Kirk Tabayoyon____
                                           Attorney for Plaintiffs


DATED: 10/28/2024                          /s/Noah Blechman_____
                                           Noah Blechman
                                           Attorney for Defendants

3

*Stipulation and Order*
*Santos et al. v. Wiest et al. 2:22-cv-01856 DJC-AC*

**ORDER**

Pursuant to the stipulation of the parties, and with good cause appearing therefor, IT IS HEREBY ORDERED that this matter is herein referred for a Settlement Conference to be conducted remotely via Zoom before Magistrate Judge Carolyn K. Delaney on **December 12, 2024 at 9:30 AM.**

Dated:  October 28, 2024

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

4