NOAH G. BLECHMAN (State Bar No. 197167)
noah.blechman@mcnamaralaw.com
JOHN J. SWAFFORD (State Bar No. 321174)
John.Swafford@McNamaraLaw.com
McNAMARA, AMBACHER, WHEELER,
HIRSIG & GRAY LLP
3480 Buskirk Avenue, Suite 250
Pleasant Hill, CA 94523
Telephone: (925) 939-5330
Facsimile:  (925) 939-0203

Attorneys for Defendant
Drake Wiest

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANA SANTOS and EDWARD CHAVEZ,<br><br>Plaintiffs,<br><br>vs.<br><br>DRAKE WIEST, in his individual capacity and in his official capacity as a police officer for CITY OF FAIRFIELD; and DOES 1-50, inclusive, individually and in their official capacities as peace officers for CITY OF FAIRFIELD, jointly and severally,<br><br>Defendants. | Case No. 2:22-cv-01856 DJC-AC<br><br>**STIPULATION AND ORDER DISMISSING ENTIRE ACTION, WITH PREJUDICE** |

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Plaintiffs DIANA SANTOS and EDWARD CHAVEZ, and Defendant DRAKE WIEST (hereafter collectively the "parties"), by and through their counsel of record, hereby stipulate and jointly request an Order from the Court to a dismissal of the Plaintiffs' Complaint, the operative complaint, so the entire action, against the Defendant, with prejudice. Each party agrees to bear its own fees and costs as to this dismissal.

The parties attest that concurrence in the filing of this document has been obtained from each of the other Signatories, which shall serve in lieu of their signatures on the document.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: January 28, 2025     /s/ Justin Tabayoyon
Justin Tabayoyon
Attorney for Plaintiffs

Dated: January 28, 2025     MCNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP

By:    /s/ Noah G. Blechman
Noah G. Blechman
John J. Swafford
Attorneys for Defendant
Drake Wiest

## **ORDER**

**PURSUANT TO STIPULATION, IT IS ORDERED AS FOLLOWS:**

The Court hereby dismisses the Plaintiffs' Complaint, namely this entire action, with prejudice, as to all claims alleged by Plaintiffs. Each party to bear its own fees and costs.

**IT IS SO ORDERED**

Dated: January 28, 2025     /s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE